UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
                                           :
In re                                      : Chapter 11
                                           :
CRABTREE & EVELYN, LTD.,                   :
                                           : Case No. 09-14267 (BRL)
         Debtor.                           :
                                           :
---------------------------------------------------------------- x

**ORDER PURSUANT TO BANKRUPTCY RULES 1007(C) AND 2002(D) BANKRUPTCY RULE 1007 EXTENDING THE TIME TO FILE THE DEBTOR'S (I) SCHEDULES OF ASSETS AND LIABILITIES, (II) SCHEDULES OF CURRENT INCOME AND EXPENDITURES, (III) SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (IV) STATEMENTS OF FINANCIAL AFFAIRS**

Upon the motion, dated July 1, 2009 (the "Motion"),[1] of Crabtree & Evelyn, Ltd., as debtor and debtor in possession (the "Debtor"),[2] pursuant to Rules 1007(c) and 2002(d) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), the Debtor seeks an extension of time within which it must file its (i) schedules of assets and liabilities, (ii) schedules of income and expenditures, (iii) schedules of executory contracts and unexpired leases, and (iv) statements of financial affairs (collectively, the "Schedules and Statements"), all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having

---

[1] Capitalized terms used but not defined herein shall have the respective meanings ascribed to them in the Motion.

[2] The last four digits of the Debtor's federal tax identification number are 1685.

been provided to (i) the Office of the United States Trustee for the Southern District of New York (Attn: Serene Nakano, Esq.), (ii) SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753 (Attn: Ronald J. Friedman, Esq.) as counsel for Kuala Lumpur Kepong Berhad, and (iii) the Debtor's 40 largest unsecured creditors, and it appearing that no other or further notice need be provided; and the Court having determined that the relief requested in the Motion being in the best interests of the Debtor, its creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted to the extent provided herein; and it is further

ORDERED that pursuant to Bankruptcy Rule 1007(c) and 2002(d), the time by which the Debtor must file its Schedules and Statements is extended through and including August 15, 2009, without prejudice to the Debtor's right to seek further extensions upon a showing of cause therefor; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order; and it is further

ORDERED that notice of the Motion as provided herein shall be deemed good and sufficient of such Motion.

Dated: July 2, 2009
      New York, New York

                                               /s/Burton R. Lifland
                                               UNITED STATES BANKRUPTCY JUDGE