COOLEY GODWARD KRONISH LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Lawrence C. Gottlieb
Jeffrey L. Cohen
Richelle Kalnit

Proposed Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x
                                :
**In re**                            :     **Chapter 11**
                                :
**CRABTREE & EVELYN, LTD.,**       :
                                :     **Case No. 09-14267 (BRL)**
         **Debtor.**                :
                                :
------------------------------------------------------------- x

**NOTICE OF MOTION REGARDING**
**AMENDED MOTION FOR AN ORDER PURSUANT TO SECTIONS**
**365(a) AND 554(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY**
**RULES 6006, 6007 AND 9014 AUTHORIZING THE DEBTOR TO REJECT**
**CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND**
**TO ABANDON PERSONAL PROPERTY**

       **PLEASE TAKE NOTICE** that a hearing on the annexed amended motion (the

"Motion") of Crabtree & Evelyn, Ltd., as debtor and debtor in possession (the "Debtor"),[1]

pursuant to sections 365(a) and 554(a) of the Bankruptcy Code, for authorization to reject certain

unexpired leases and to abandon related personal property, all as more fully described in the

Motion, will be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge,

Room 623 of the United States Bankruptcy Court for the Southern District of New York,

Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on July

29, 2009 at 10:00 a.m. (prevailing Eastern Time), or as soon thereafter as counsel may be heard.

---

[1] The last four digits of the Debtor's federal tax identification number are 1685.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion, must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, must set forth the name of the objecting party, the nature and amount of claims or interests held or asserted by the objecting party against the Debtor's estate or property, the basis for the objection and the specific grounds therefor, and must be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System may be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's case filing system, and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182, and any objection must further be served upon: (i) the Debtor, 102 Peake Brook Road, Woodstock, CT 06281 (Attn.: Colleen Cording, Esq.), (ii) counsel to the Debtor, Cooley Godward Kronish LLP, 1114 Avenue of the Americas, New York, New York 10036 (Attn: Lawrence C. Gottlieb, Esq. and Richelle Kalnit, Esq.), (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Serene Nakano, Esq.), and (iv) SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753 (Attn: Ronald J. Friedman, Esq.) as counsel for Kuala Lumpur Kepong Berhad, so as to be received no later than **July 22, 2009 at 4:00 p.m. (prevailing Eastern Time).**

Dated: July 9, 2009
    New York, New York

Respectfully submitted,


By:    <u>/s/ Lawrence C. Gottlieb</u>
        Lawrence C. Gottlieb

COOLEY GODWARD KRONISH LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Lawrence C. Gottlieb (LG 2565)
Jeffrey L. Cohen (JC 2556)
Richelle Kalnit (RK 3728)

Proposed Attorneys for Debtor and Debtor in
Possession

COOLEY GODWARD KRONISH LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Lawrence C. Gottlieb
Jeffrey L. Cohen
Richelle Kalnit

Proposed Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
                        :

**In re**                      :       **Chapter 11**
                        :

**CRABTREE & EVELYN, LTD.,**  :       **Case No. 09-14267 (BRL)**
                        :

          **Debtor.**        :

------------------------------------------------------------- x

### AMENDED MOTION FOR AN ORDER PURSUANT TO SECTIONS 365(a) AND 554(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6006, 6007 AND 9014 AUTHORIZING THE DEBTOR TO REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND TO ABANDON PERSONAL PROPERTY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Crabtree & Evelyn, Ltd., as debtor and debtor in possession (the "Debtor"),[1]

respectfully represents:[2]

### BACKGROUND

1.      On July 1, 2009, the Debtor commenced with this Court a voluntary case under

chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtor is

---

[1] The last four digits of the Debtor's federal tax identification number are 1685.

[2] This Motion amends and supersedes the original motion for identical relief filed on July 7, 2009 (Docket No. 63). The Debtor files this amended Motion solely to correct an error on the first page of the original motion.

authorized to operate its businesses and manage its properties as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or statutory creditors' committee has been appointed in this chapter 11 case.

2.      Crabtree & Evelyn has evolved from a small, entrepreneurial business, to a company with worldwide manufacturing and distribution capabilities, worldwide distribution channels and 126 retail locations in the United States, making it well-known and respected for its English-style elegance. Through a multi-channel sales strategy, including sales through retail, wholesale, export, affiliate and internet channels, the Debtor manufactures and distributes its products worldwide.

3.      Founded as a purveyor of fine soaps from around the world, products were first sold under the Crabtree & Evelyn name starting in approximately 1972.[3] During nearly four decades Crabtree & Evelyn has expanded its product offerings from fine soaps to include personal care products and related accessories, fragrances, comestibles (*i.e.*, food products including cookies, teas and jams), products for the home and gift arrangements. The Debtor also sells Vera Bradley (purses and related accessories) products in its retail store locations. Crabtree & Evelyn manufactures and distributes more than twenty-five product lines, including LaSource®, Gardeners, India Hicks Island Living® and Naturals and its products have been frequently mentioned in numerous magazines, including Vogue, Glamour, and Lucky. In 1977, Crabtree & Evelyn opened its first retail store, and its retail business has gradually expanded to include a manufacturing and distribution facility, as well as 126 stores in the United States. In 1996, Kuala Lumpur Kepong Berhad purchased 100 percent of the equity of the Debtor. The

---

[3]      The name of the Debtor is inspired from (i) the crabapple tree, the original species from which all cultivated apple trees have derived, and (ii) John Evelyn, the seventeenth century renaissance Englishman, who wrote one of the first works on conservation of forests and timber.

Debtor is incorporated in Connecticut, and its headquarters, distribution center, manufacturing facility, and warehouse are located in Woodstock, Connecticut.

4.     The Debtor's primary assets include inventory, contract rights, intellectual property rights, and accounts receivable for goods sold. The Debtor also owns its headquarters, manufacturing facility, distribution center and warehouse in Woodstock, Connecticut. In addition, the Debtor leases a significant number of retail stores located in 34 states.

## JURISDICTION

5.     This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

6.     By this motion (the "Motion"), the Debtor requests, pursuant to section 365(a) of the Bankruptcy Code and Rules 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorization to reject those unexpired leases identified on **Exhibit A** attached hereto (the "Leases") located at the addresses listed on Exhibit A hereto (the "Premises"). Additionally, the Debtor seeks authority under section 554(a) of the Bankruptcy Code and Bankruptcy Rule 6007 to abandon any equipment, furniture and fixtures (the "Abandoned Property") located at the Premises on the Rejection Date (defined below).[4]

7.     Pursuant to the Leases that are the subject of this Motion, the Debtor has used the Premises to operate thirty-five retail stores and store inventory. On or prior to the respective date listed on Exhibit A hereto (the "Rejection Date"), the Debtor will have vacated the Premises and surrendered possession and the keys to the landlords. Absent rejection of the Leases, the Debtor

---

[4] Copies of Leases will be made available to any party in interest upon request to the Debtor's undersigned attorneys.

continues to be obligated to pay rent under the Leases, even though, as of the Rejection Date, it will have no continuing operations in those facilities and no other productive use for those Premises. The estimated annual cost of the Leases is approximately $3.7 million.

8.     After careful review, the Debtor has determined in its business judgment that the Leases identified on Exhibit A are unnecessary to the continued operation of the Debtor's businesses, have no value to the estate, and should be rejected. In considering its options with respect to the Leases, the Debtor, in consultation with its proposed financial advisor, believes that there remains no other viable possibility other than rejection of the Leases. Moreover, the Debtor's proposed financial advisor, Clear Thinking Group LLC, has determined that the Leases have no marketable value beneficial to the Debtor's estate.

9.     Through the rejection of the Leases, the Debtor will be relieved from paying the rent, as well as certain other costs, including taxes, utilities, water and sewer charges, insurance, operating expenses, and other related charges associated with the Leases. By rejecting the Leases as of the respective Rejection Dates, the Debtor will avoid incurring unnecessary administrative charges that provide no tangible benefit to the Debtor's estate. The resulting savings from the rejection of the Leases will increase the Debtor's future cash flow and assist in managing its estate.

10.     The Debtor has determined through an exercise of its business judgment to reject the Leases, and that such rejection is in the best interests of the Debtor and other parties in interest. In connection with such rejection of the Leases, the Debtor will surrender possession of the Premises and turn over keys to the Premises to the landlords for the Leases (the "Landlords") on or before the Rejection Date.

11.     The Debtor likewise has determined that the abandonment of the Abandoned Property is appropriate because such property is of inconsequential value and/or the cost of removing and storing such property exceeds its value to the Debtor's estate. Moreover, the Debtor believes that the Abandoned Property is no longer necessary for the operation of the Debtor's businesses.

12.     Moreover, rejection of the Leases and abandonment of the Abandoned Property effective as of the Rejection Date is necessary and justified under the circumstances. As of the Rejection Date, the Debtor will have vacated the Premises and surrendered possession and keys to the Landlords. Accordingly, the Debtor believes that the rejection of the Leases and the abandonment of the Abandoned Property as of the Rejection Date is in the best interests of its estate, its creditors and other parties in interest.

## BASIS FOR RELIEF REQUESTED

### Rejection of the Leases is Supported by the
### Debtor's Business Judgment and Should be Approved by the Court

13.     Section 365(a) of the Bankruptcy Code provides, in pertinent part, that a debtor in possession "subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor." 11 U.S.C. § 365(a); see also NLRB v. Bildisco & Bildisco, 465 U.S. 513, 521 (1984); In re Lavigne, 114 F.3d 379, 386 (2d Cir. 1997). "[T]he purpose behind allowing the assumption or rejection of executory contracts is to permit the trustee or debtor-in-possession to use valuable property of the estate and to 'renounce title to and abandon burdensome property.'" Orion Pictures Corp. v. Showtime Networks, Inc. (In re Orion Pictures Corp.), 4 F.3d 1095, 1098 (2d Cir. 1993).

14.     Courts defer to a debtor's business judgment in rejecting an executory contract or unexpired lease, and upon finding that a debtor has exercised its sound business judgment,

approve the rejection under section 365(a) of the Bankruptcy Code. See Bildisco & Bildisco, 465 U.S. at 523 (recognizing the "business judgment" standard used to approve rejection of executory contracts); Nostas Assocs. v. Costich (In re Klein Sleep Products, Inc.), 78 F.3d 18, 25 (2d Cir. 1996) (recognizing the "business judgment" standard used to approve rejection of executory contracts); In re Minges, 602 F.2d 38, 42-43 (2d Cir. 1979) (holding that the "business judgment" test is appropriate for determining when an executory contract can be rejected); In re G Survivor Corp., 171 B.R. 755, 757 (Bankr. S.D.N.Y. 1994) (approving rejection of license by debtor because such rejection satisfied the "business judgment" test); In re Child World, Inc., 142 B.R. 87, 89 (Bankr. S.D.N.Y. 1992) (stating that a debtor may assume or reject an unexpired lease under § 365(a) in the exercise of its "business judgment").

15. As more fully explained above, the Debtor no longer chooses to occupy the premises relating to the Leases. Based upon the Debtor's efforts to date and its understanding of the current market conditions, the Debtor does not believe it is in the Debtor's estate or the creditors' interests to market the Leases in an attempt to sell or sublease the affected premises. Accordingly, the Debtor submits that there is no potential value that might be realized by a future sale or sublease of either of the Leases.

16. After reviewing the terms of the Leases and the locations of the leased premises, the Debtor has determined that the Leases have little or no value. Thus, the Debtor has determined in the exercise of its business judgment, to reject the Leases and avoid the incurrence of any additional expenses with respect thereto.

17. Pursuant to section 365 of the Bankruptcy Code, the Debtor seeks to reject the Leases effective as of the Rejection Date.

18. The counterparties to the Leases are not prejudiced by respective Rejection Dates as they will have received advance notice of the Debtor's rejection of the Leases and respective Rejection Dates. See, e.g., In re Mid Region Petroleum, Inc., 111 B.R. 968, 970 (Bankr. N.D. Okla. 1990) (effective date of rejection of leases was the date the trustee gave notice to lessor of intent to reject); In re Carlisle Homes, Inc., 103 B.R. 524, 535 (Bankr. D.N.J. 1988) (debtor may reject executory contract by clearly communicating intention to reject).

**The Bankruptcy Code Authorizes the Abandonment of the Abandoned Property**

19. Section 554(a) of the Bankruptcy Code provides that "[a]fter notice and a hearing, the trustee may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate." 11 U.S.C. § 554(a). Before authorizing abandonment of property, a bankruptcy court must find either (i) the property is burdensome to the estate, or (ii) the property is both of inconsequential value and inconsequential benefit to the estate. See, e.g., Midlantic Nat'l Bank v. N.J. Dep't of Envtl. Prot., 474 U.S. 494, 497 (1986), reh'g denied, 475 U.S. 1091 (1986); In re Texaco, Inc., 90 B.R. 38, 44 (S.D.N.Y. 1988); In re Crowthers McCall Pattern, Inc., 114 B.R. 877, 882 n.7 (Bankr. S.D.N.Y. 1990). The personal property to be abandoned in connection with the Leases primarily consists of fixtures, furniture, and other office and store equipment that is (a) of no value or benefit to the Debtor's estate, and/or (b) burdensome insofar as the costs of removal and storage of such property are likely to exceed the net proceeds realizable from its sale. With respect to each of the Premises for which the Debtor seeks to abandon property, Exhibit A contains a description of the property proposed to be abandoned in accordance with Rule 6007-1 of the Local Bankruptcy Rules for the Southern District of New York. Accordingly, it is in the best interest of the Debtor and its estate to abandon the Abandoned Property located at the Premises on the Rejection Date.

**Request to Fix Deadline for Filing Claims Arising From Rejection of the Leases**

20.     Finally, the Debtor requests that the Court direct that any claim for damages arising as a result of the rejection of the Leases must be filed by the later of (a) thirty (30) days following entry of this Order, or (b) the applicable bar date to be subsequently established in this case, or be forever barred from doing so.

21.     In light of the foregoing, the Debtor respectfully requests that the Court approve rejection of the Leases under section 365(a) of the Bankruptcy Code and the abandonment of the Abandoned Property pursuant to section 554(a) of the Bankruptcy Code in the manner requested herein.

## NOTICE

22.     The Debtor has served notice of this Motion on: (i) the Office of the United States Trustee for the Southern District of New York (Attn: Serene Nakano, Esq.), (ii) SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753 (Attn: Ronald J. Friedman, Esq.) as counsel for Kuala Lumpur Kepong Berhad, as proposed postpetition lender and prepetition lender, (iii) the Debtor's 40 largest unsecured creditors, (iv) the Lease counterparties set forth on Exhibit A hereto, and (v) parties in interest who have filed notices of appearance in this case.  In light of the nature of the relief requested, the Debtor submits that no other or further notice need be provided.

23.     No previous request for the relief sought herein has been made by the Debtor to this or any other court.

WHEREFORE, the Debtor respectfully requests that the Court grant the relief requested herein and such other and further relief as is just and appropriate.

Dated: July 9, 2009
     New York, New York

                                   Respectfully submitted,

                                   By:    /s/ Lawrence C. Gottlieb
                                          Lawrence C. Gottlieb

                                   COOLEY GODWARD KRONISH LLP
                                   1114 Avenue of the Americas
                                   New York, New York 10036
                                   Telephone: (212) 479-6000
                                   Facsimile: (212) 479-6275
                                   Lawrence C. Gottlieb (LG 2565)
                                   Jeffrey L. Cohen (JC 2556)
                                   Richelle Kalnit (RK 3728)

                                   Proposed Attorneys for Debtor and Debtor in Possession

# EXHIBIT A
## LEASES

| Landlord | Landlord Address | Property Location | Rejection Date | Property Proposed to be Abandoned |
|---|---|---|---|---|
| Simon | Copley Place Associates LLC<br>c/o Simon Property Group<br>225 W. Washington Street<br>Indianapolis, IN 46204-3438 | STORE #4-Copley Place<br>Copley Place<br>100 Huntington Avenue, G15<br>Boston, MA 2116 | July 31, 2009 | FF&E |
| General Growth | Oakbrook Shopping Center, LLC<br>c/o General Growth Properties, Inc.<br>Columbia Regional Office,<br>10275 Little Patuxent Parkway<br>Columbia, MD 21044<br>Attn: Law/Leasing and Operations | STORE #12-Oakbrook<br>420 Oakbrook Center<br>Oakbrook, IL 60523 | July 31, 2009 | FF&E |
| Macerich | Macerich Northwestern Associates<br>c/o Center Manager<br>Broadway Plaza Shopping Center<br>1275 Broadway Plaza<br>Walnut Creek, CA 94596 | STORE #24-Broadway Plaza<br>Broadway Plaza Shopping<br>Center<br>24 Broadway Lane<br>Walnut Creek, CA 94596 | July 31, 2009 | FF&E |
| Simon | Southdale Limited Partnership<br>1300 Wilson Boulevard, Suite 400<br>Arlington, VA 22209<br>Attn: Real Estate General Counsel | STORE #25-Southdale<br>Southdale Shopping Center,<br>Space 1680<br>Edina, MN 55435 | July 31, 2009 | FF&E |
| General Growth | GGP Ala Moana, LLC<br>110 North Wacker Drive<br>Chicago, IL 60606 Attn: General Counsel | STORE #31-Alamoana<br>Ala Moana Center<br>1450 Ala Moana Blvd. #1128<br>Honolulu, HI 96814 | July 31, 2009 | FF&E |
| Boston Properties | Embarcadero Center Associates<br>c/o Boston Properties Limited Partnership,<br>Prudential Center, 800 Boylston Street,<br>Suite 1900<br>Boston, MA 02199-8103 | STORE #55-Embarcadero<br>Two Embarcadero Center<br>San Francisco, CA 94111 | July 31, 2009 | FF&E |

| Landlord | Landlord Address | Property Location | Rejection Date | Property Proposed to be Abandoned |
|---|---|---|---|---|
| General Growth | Bridgewater Commons Mall II, LLC<br>c/o General Counsel<br>10275 Little Patuxent Parkway<br>Columbia, MD 21044 | STORE #67-Bridgewater<br>Bridgewater Commons Mall<br>400 Commons Way, Suite #125<br>Bridgewater, NJ 8807 | July 31, 2009 | FF&E |
| Tishman Speyer | 520 Madison Owners, LLC<br>c/o Tishman Speyer Properties, LP<br>520 Madison Avenue, New York, NY 10022<br>Attn: Property Manager - 520 Madison Avenue | STORE #115-Madison Ave<br>520 Madison Avenue<br>New York, NY 10022 | July 31, 2009 | FF&E |
| Kimco | Amerishop Suburban, LP<br>c/o Kimco Realty Corporation, Mid-Atlantic Region,<br>170 W. Ridgely Road, Suite 210<br>Lutherville, MD 21093 | STORE #116-Suburban Square<br>Suburban Square<br>51 St. James Place<br>Ardmore, PA 19003 | July 31, 2009 | FF&E |
| Simon | King of Prussia Associates<br>c/o Kravco Simon Company<br>P.O. Box 1528<br>King of Prussia, PA 19406 | STORE #117-King Prussia<br>Court at King of Prussia<br>321 Mall Boulevard. Space 1096<br>King of Prussia, PA 19406 | July 31, 2009 | FF&E |
| Liberty Place | Liberty Place Retail Associates, LP<br>1625 Chestnut Street<br>Philadelphia, PA 19103<br>Attn: General Manager | STORE #119-Liberty Place<br>The Shops at Liberty Place<br>1625 Chestnut Street, #113<br>Philadelphia, PA 19103 | July 31, 2009 | FF&E |
| General Growth | Rouse SI Shopping Center, LLC<br>c/o General Growth Properties, Inc.<br>Columbia Regional Office<br>10275 Little Patuxent Parkway, Columbia, MD 21044<br>Attn: Law/Leasing and Operations | STORE #144-Staten Island<br>Staten Island Mall<br>2655 Richmond Avenue<br>Staten Island, NY 10314 | July 31, 2009 | FF&E |
| Westfield | Old Orchard Urban Limited Partnership<br>c/o Westfield Corporation, Inc.<br>11601 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Attn: Legal Department | STORE #147-Old Orchard<br>Old Orchard Shopping Center, F82<br>Skokie, IL 60077 | July 31, 2009 | FF&E |

| Landlord | Landlord Address | Property Location | Rejection Date | Property Proposed to be Abandoned |
|---|---|---|---|---|
| Brooks, Torrey | Brooks, Torrey & Scott, Inc.<br>542 Westport Avenue<br>Norwalk, CT 06851 | STORE #148-Brooks Corner<br>Brooks Corner<br>136 Main Street<br>Westport, CT 6880 | July 31, 2009 | FF&E |
| Taubman | Rich-Taubman Associates<br>200 East Long Lake Road, P.O. Box 200<br>Bloomfield Hills, MI 48303-0200 | STORE #151-Stamford<br>Stamford Town Center<br>100 Greyrock Place<br>Stamford, CT 6901 | July 31, 2009 | FF&E |
| Simon | SPG Center, LLC<br>c/o M.S. Management Associates Inc.<br>225 West Washington, Indianapolis, IN 46204 | STORE #154-Palo Alto<br>Stanford Shopping Center<br>Kiosk Space 4B<br>Palo Alto, CA 94304 | July 31, 2009 | FF&E |
| Taubman | Twelve Oaks Mall LLC<br>200 East Long Lake Road, P.O. Box 200,<br>Bloomfield Hills, MI 48303-0200<br>Attn: Lease Administration | STORE #165-Twelve Oaks<br>Mall<br>Twelve Oaks Mall, B-226<br>27442 Novi Road<br>Novi, MI 48377 | July 31, 2009 | FF&E |
| Taubman | Taubman Regency Square Associates LLC<br>200 East Long Lake Road, P.O. Box 200<br>Bloomfield Hills, MI 48303-0200<br>Attn: Lease Administration | STORE #166-Regency Square<br>Regency Square<br>1420 Parham Road<br>Richmond, VA 23229 | July 31, 2009 | FF&E |
| CBL & Assoc. | JG Winston-Salem LLC<br>25425 Center Ridge Road<br>Cleveland, OH 44145 | STORE #172-Hanes Mall<br>Hanes Mall, Suite 1140<br>Silas Creek Parkway &<br>Stratford Road<br>Winston-Salem, NC 27103 | July 31, 2009 | FF&E |
| CBL & Assoc. | CBL/Park Plaza Mall, LLC<br>c/o CBL & Associates Management, Inc., as agent<br>for Park Plaza Mall<br>CBL Center, Suite 500, 2030 Hamilton Place<br>Boulevard, Chattanooga, TN 37421-6000 | STORE #186-Park Plaza Mall<br>6000 West Markham Street,<br>Suite 3126<br>Little Rock, AR 72205 | July 31, 2009 | FF&E |

| Landlord | Landlord Address | Property Location | Rejection Date | Property Proposed to be Abandoned |
|---|---|---|---|---|
| Forest City | Stonecrest Mall SPE, LLC<br>c/o Forest City Enterprises, Inc.<br>Terminal Tower, Suite 1160, 50 Public Square<br>Cleveland, OH 44113<br>Attn: General Counsel | STORE #197-Mall @ Stonecrest<br>The Mall at Stonecrest, Suite 2270<br>2929 Turner Hill Road<br>Lithonia, GA 30038 | July 31, 2009 | FF&E |
| General Growth | Southpoint Mall, LLC<br>c/o General Growth Properties, Inc.<br>Columbia Regional Office<br>10275 Little Patuxent Parkway<br>Columbia, MD 21044<br>Attn: Law/Leasing and Operations | STORE #199-Southpoint<br>The Streets at Southpoint<br>6910 Fayetteville Road, Suite 170<br>Durham, NC 27713 | July 31, 2009 | FF&E |
| Westfield | Westfield Garden State Plaza Limited Partnership<br>c/o Westfield Corporation, Inc.<br>11601 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90025<br>Attn: General Counsel | STORE #204-Garden State Plaza<br>Garden State Plaza, Suite 2166<br>Routes 4 and 17<br>Paramus, NJ 7652 | July 31, 2009 | FF&E |
| Simon | Southpark Mall Limited Partnership<br>c/o Urban Retail Properties Co., SouthPark Mall, 4400 Sharon Road<br>Charlotte, NC 28211 | STORE #210-Southpark<br>South Park Mall 4400 Sharon Road<br>Charlotte, NC 28211 | July 31, 2009 | FF&E |
| General Growth | Merrick Park, LLC<br>c/o General Growth Properties, Inc.<br>Columbia Regional Office, 10275 Little Patuxent Parkway, Columbia, MD 21044<br>Attn: Law/Leasing and Operations | STORE #212-Merrick Park<br>The Village of Merrick Park<br>320 San Lorenzo Avenue, Unit #2327<br>Coral Gables, FL 33146 | July 31, 2009 | FF&E |
| General Growth | Alderwood Mall<br>c/o Alderwood Mall, LLC<br>110 N. Wacker Drive<br>Chicago, IL 60606<br>Attn: Law/Lease Administration Department | STORE #223-Alderwood<br>3000 194th St. S.W.<br>Lynnwood, WA 98037 | July 31, 2009 | FF&E |

| Landlord | Landlord Address | Property Location | Rejection Date | Property Proposed to be Abandoned |
|---|---|---|---|---|
| Taubman | Taubman Auburn Hills Associates Limited Partnership<br>200 East Long Lake Road, P.O. Box 200<br>Bloomfield Hills, MI 48303-0200<br>Attn: Lease Administration | STORE #227-Great Lakes Outlet<br>Great Lakes Crossing<br>4600 Baldwin Rd.<br>Auburn, MI 48326 | July 31, 2009 | FF&E |
| Forest City | Rancho Mall, LLC<br>Terminal Tower, 50 Public Square, Suite 1100<br>Cleveland, OH 44113-2267 | STORE #233-Victoria Gardens<br>Victoria Gardens<br>7835 Kew Ave.<br>Rancho Cucamonga, CA 91739 | July 31, 2009 | FF&E |
| Anderson | Crestview Hills Town Center, LLC<br>c/o Jeffrey R. Anderson Real Estate, Inc.<br>Rockwood Tower, 3805 Edwards Road<br>Suite 700<br>Cincinnati, OH 45209 | STORE #234-Crestview<br>Crestview Hills, Town Center<br>Space 7060<br>2870 Town Center Blvd.<br>Crestview Hill, KY 41017 | July 31, 2009 | FF&E |
| CPG Partnership LLP | CPG Partners, LP<br>c/o Chelsea Property Group, Inc.<br>105 Eisenhower Parkway<br>Roseland, NJ 07068 Attn: Director of Lease Administration | STORE #237-Rio Grande Valley Outlet<br>5001 E Expressway 83, Space 0600E<br>Mercedes, TX 78570 | July 31, 2009 | FF&E |
| Taubman | Partridge Creek Fashion Park LLC<br>200 East Long Lake Road, P.O. Box 200<br>Bloomfield Hills, MI 48303-0200<br>Attn: Lease Administration | STORE #238-Partridge Creek<br>17460 Hall Road, Suite 141<br>Clinton, MI 48038 | July 31, 2009 | FF&E |
| Turnberry | Turnberry/Centra Sub, LLC<br>c/o Turnberry Associates<br>19501 Biscayne Boulevard, Suite 400<br>Aventura, FL 33180<br>Attn: Legal Department/ Leasing Attorney | STORE #239-Las Vegas Town Square<br>6659 Las Vegas Blvd., South, Suite 108<br>Las Vegas, NV 89119 | July 31, 2009 | FF&E |
| Anderson | AD Pembroke Land Company, LLC<br>c/o Jeffrey R. Anderson Real Estate, Inc.<br>Rookwood Tower, 3805 Edwards Road, Suite 700<br>Cincinnati, OH 45209 | STORE #242-Pembroke Gardens<br>318 SW 145th Terrace<br>Pembroke Pines, FL 33027 | July 31, 2009 | FF&E |

| Landlord | Landlord Address | Property Location | Rejection Date | Property Proposed to be Abandoned |
|---|---|---|---|---|
| Cousins | CF Murfreesboro Associates<br>c/o Cousins Properties Incorporated<br>Attn: Corporate Secretary<br>191 Peachtree Street NE, Suite 3600<br>Atlanta, GA 30303-1740 | STORE #244-Murfreesboro<br>2615 Medical Center Parkway,<br>Suite 2035<br>Murfreesboro, TN 37129 | July 31, 2009 | FF&E |
| Opus | Huntsville Shores, LLC<br>c/o O & S Holdings, LLC<br>3130 Wilshire Boulevard, 2nd Floor<br>Santa Monica, CA 90403<br>Attn: Mr. Gary M. Safady | STORE #245-Bridge Street<br>350 The Bridge Street, Suite<br>104<br>Huntsville, AL 35806 | July 31, 2009 | FF&E |
| General Growth | Urban Retail Properties Company<br>100 Oakbrook Center<br>Oak Brook, IL 60523<br>Attn: Management Office | STORE #12 - STORAGE<br>UNIT | July 31, 2009 | FF&E |
| Macerich | Macerich Northwestern Associates, d/b/a<br>Broadway Plaza<br>1275 Broadway Plaza<br>Walnut Creek, CA 94596<br>Attn: Property Management | STORE #24 - STORAGE<br>UNIT | July 31, 2009 | FF&E |
| Edina Mini-Storage | Edina Mini-Storage<br>7225 Bush Lake Road<br>Edina, MN 55439 | STORE #25 - STORAGE<br>UNIT | July 31, 2009 | FF&E |
| General Growth | GGP Ala Moana, LLC<br>110 North Wacker Drive<br>Chicago, IL 60606 Attn: General Counsel | STORE #31 - STORAGE<br>UNIT | July 31, 2009 | FF&E |
| Boston Properties | Embarcadero Center Associates<br>Four Embarcadero Center, Lobby Level, Suite<br>One,<br>San Francisco, CA 94111<br>Attn: Robert Pester | STORE #55 - STORAGE<br>UNIT | July 31, 2009 | FF&E |
| Somerset Self Storage | Somerset Self Storage<br>22 Van Veghten<br>Bridgewater, NJ 08807 | STORE #67 - STORAGE<br>UNIT | July 31, 2009 | FF&E |

| Landlord | Landlord Address | Property Location | Rejection Date | Property Proposed to be Abandoned |
|---|---|---|---|---|
| Tishman Speyer | 520 Madison Owners, LLC<br>c/o Tishman Speyer Properties, LP<br>520 Madison Avenue, New York, NY 10022<br>Attn: Property Manager - 520 Madison Avenue | STORE #115 - STORAGE UNIT | July 31, 2009 | FF&E |
| Kimco | Amerishop Suburban, LP<br>c/o Kimco Realty Corporation, Mid-Atlantic Region, 170 W. Ridgely Road, Suite 210<br>Lutherville, MD 21093 | STORE #116 - STORAGE UNIT | July 31, 2009 | FF&E |
| Simon | King of Prussia Associates<br>c/o Kravco Simon Company, P.O. Box 1528<br>King of Prussia, PA 19406 | STORE #117 - STORAGE UNIT | July 31, 2009 | FF&E |
| Liberty Place | Liberty Place Retail Associates, LP<br>1625 Chestnut Street<br>Philadelphia, PA 19103<br>Attn: General Manager | STORE #119 - STORAGE UNIT | July 31, 2009 | FF&E |
| Extra Space Storage | Extra Space Storage, Staten Island Arden Avenue<br>7 Arden Avenue<br>Staten Island, NY 10312 | STORE #144 - STORAGE UNIT | July 31, 2009 | FF&E |
| Westfield | Westfield Corporation, Inc.<br>11601 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 900025<br>Attn: Operations Manager | STORE #147 - STORAGE UNIT | July 31, 2009 | FF&E |
| Taubman | Rich-Taubman Associates<br>d/b/a Stamford Town Center<br>100 Greyrock Place<br>Stamford, CT 06901 | STORE #151 - STORAGE UNIT | July 31, 2009 | FF&E |
| Taubman | Twelve Oaks Mall LLC<br>200 East Long Lake Road, P.O. Box 200<br>Bloomfield Hills, MI 48303-0200<br>Attn: Lease Administration | STORE #165 - STORAGE UNIT | July 31, 2009 | FF&E |
| Regency Associates, LLC | Regency Self Storage<br>8500 Jesse Senior Dr.<br>Richmond, VA 23229 | STORE #166 - STORAGE UNIT | July 31, 2009 | FF&E |

| Landlord | Landlord Address | Property Location | Rejection Date | Property Proposed to be Abandoned |
|---|---|---|---|---|
| CBL & Assoc. | JG Winston Salem LLC<br>c/o CBL Associates Inc.<br>3320 Silas Creek Parkway, #264<br>Winston-Salem, NC 27103-3032 | STORE #172 - STORAGE UNIT | July 31, 2009 | FF&E |
| People Self Storage | People Self Storage – Lithonia<br>7703 Conyers Street<br>Lithonia, GA 30058 | STORE #197 - STORAGE UNIT | July 31, 2009 | FF&E |
| Ample Storage | Ample Storage<br>4315 Garrett Road<br>Durham, NC 27707 | STORE #199 - STORAGE UNIT | July 31, 2009 | FF&E |
| Westfield | Westfield Corporation, Inc.<br>11601 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 900025<br>Attn: Operations Manager | STORE #204 - STORAGE UNIT | July 31, 2009 | FF&E |
| Public Storage | Public Storage<br>4555 South Boulevard<br>Charlotte, NC 28209 | STORE #210 - STORAGE UNIT | July 31, 2009 | FF&E |
| General Growth | Merrick Park LLC<br>358 San Lorenzo Avenue, Suite 3000<br>Coral Gables, FL 33134 | STORE #212 - STORAGE UNIT | July 31, 2009 | FF&E |
| Taubman | Taubman Auburn Hills Associates Limited<br>Partnership d/b/a Great Lakes Crossing<br>4000 Baldwin Road<br>Auburn Hills, MI 48326 | STORE #227 - STORAGE UNIT | July 31, 2009 | FF&E |
| Best Little Warehouse | Best Little Warehouse in TX<br>802 E. Expressway 83, Suite A<br>Weslaco, TX 78596 | STORE #237 - STORAGE UNIT | July 31, 2009 | FF&E |
| Public Storage | Public Storage<br>20200 Hall Road<br>Clinton Township, MI 48038 | STORE #238 - STORAGE UNIT | July 31, 2009 | FF&E |
| Epic Storage | Epic Storage @ Warm Springs<br>6545 W Warm Springs Road<br>Las Vegas, NV 89118 | STORE #239 - STORAGE UNIT | July 31, 2009 | FF&E |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x
                                                :

In re                                   :      **Chapter 11**
                                                :

**CRABTREE & EVELYN, LTD.,**         :
                                                :      **Case No. 09-14267 (BRL)**

            **Debtor.**                    :
                                                :

-------------------------------------------------------------- x

### ORDER PURSUANT TO SECTIONS 365(a) AND 554(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6006, 6007 AND 9014 AUTHORIZING THE DEBTOR TO REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND TO ABANDON PERSONAL PROPERTY

Upon the amended motion, dated July 9, 2009 (the "<u>Motion</u>"),[1] of Crabtree & Evelyn, Ltd., as debtor and debtor in possession (the "<u>Debtor</u>"),[2] for authorization to reject those certain unexpired leases identified on **<u>Exhibit A</u>** attached hereto (the "<u>Leases</u>") and abandon the Abandoned Property pursuant to sections 365(a) and 554(a) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rules 6006, 6007 and 9014 of the Federal Rules of Bankruptcy Procedure as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the Office of the United States Trustee for the Southern

---

[1] Capitalized terms used but not defined herein shall have the respective meanings ascribed to them in the Motion.

[2] The last four digits of the Debtor's federal tax identification number are 1685.

District of New York (Attn: Serene Nakano, Esq.), (ii) SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753 (Attn: Ronald J. Friedman, Esq.) as counsel for Kuala Lumpur Kepong Berhad, (iii) the Debtor's 40 largest unsecured creditors, (iv) the lease counterparties identified on Exhibit A to the Motion, and (v) parties in interest who have filed notices of appearance in this case, and it appearing that no other or further notice need be provided; and the Court having determined that the relief requested in the Motion being in the best interests of the Debtor, its creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 365(a) of the Bankruptcy Code, the Debtor is authorized to reject each of the Leases listed on Exhibit A hereto; and it is further

ORDERED that each Lease rejection is effective as of the respective date listed on Exhibit A hereto (the "Rejection Date"); and it is further

ORDERED that all claims for damages arising as a result of the rejection of the Leases shall be filed by the later of (a) thirty (30) days following entry of this Order, or (b) the applicable bar date to be subsequently established in this case, or be forever barred from doing so; and it is further

ORDERED that, pursuant to section 554(a) of the Bankruptcy Code, the Debtor is authorized to abandon any personal property, furniture, fixtures, and/or equipment remaining at the Premises (as set forth on Exhibit A hereto) to the Landlords for the Leases, and the Landlords

for the Leases may dispose of such Abandoned Property without liability to third parties claiming an interest in such Abandoned Property; and it is further

ORDERED that the Debtor shall serve a copy of this Order on all counterparties to the Leases and/or their respective attorneys (if known) within three (3) days of entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order; and it is further

ORDERED that notice of the Motion as provided herein shall be deemed good and sufficient notice of such Motion.

Dated: _____, 2009
      New York, New York


_____
HONORABLE BURTON R. LIFLAND
UNITED STATES BANKRUPTCY JUDGE

**Exhibit A**

**LEASES**

| Landlord | Landlord Address | Property Location | Rejection Date | Property Proposed to be Abandoned |
|---|---|---|---|---|
| Simon | Copley Place Associates LLC<br>c/o Simon Property Group<br>225 W. Washington Street<br>Indianapolis, IN 46204-3438 | STORE #4-Copley Place<br>Copley Place<br>100 Huntington Avenue, G15<br>Boston, MA 2116 | July 31, 2009 | FF&E |
| General Growth | Oakbrook Shopping Center, LLC<br>c/o General Growth Properties, Inc.<br>Columbia Regional Office,<br>10275 Little Patuxent Parkway<br>Columbia, MD 21044<br>Attn: Law/Leasing and Operations | STORE #12-Oakbrook<br>420 Oakbrook Center<br>Oakbrook, IL 60523 | July 31, 2009 | FF&E |
| Macerich | Macerich Northwestern Associates<br>c/o Center Manager<br>Broadway Plaza Shopping Center<br>1275 Broadway Plaza<br>Walnut Creek, CA 94596 | STORE #24-Broadway Plaza<br>Broadway Plaza Shopping<br>Center<br>24 Broadway Lane<br>Walnut Creek, CA 94596 | July 31, 2009 | FF&E |
| Simon | Southdale Limited Partnership<br>1300 Wilson Boulevard, Suite 400<br>Arlington, VA 22209<br>Attn: Real Estate General Counsel | STORE #25-Southdale<br>Southdale Shopping Center,<br>Space 1680<br>Edina, MN 55435 | July 31, 2009 | FF&E |
| General Growth | GGP Ala Moana, LLC<br>110 North Wacker Drive<br>Chicago, IL 60606 Attn: General Counsel | STORE #31-Alamoana<br>Ala Moana Center<br>1450 Ala Moana Blvd. #1128<br>Honolulu, HI 96814 | July 31, 2009 | FF&E |
| Boston Properties | Embarcadero Center Associates<br>c/o Boston Properties Limited Partnership,<br>Prudential Center, 800 Boylston Street,<br>Suite 1900<br>Boston, MA 02199-8103 | STORE #55-Embarcadero<br>Two Embarcadero Center<br>San Francisco, CA 94111 | July 31, 2009 | FF&E |

| Landlord | Landlord Address | Property Location | Rejection Date | Property Proposed to be Abandoned |
|---|---|---|---|---|
| General Growth | Bridgewater Commons Mall II, LLC<br>c/o General Counsel<br>10275 Little Patuxent Parkway<br>Columbia, MD 21044 | STORE #67-Bridgewater<br>Bridgewater Commons Mall<br>400 Commons Way, Suite #125<br>Bridgewater, NJ 8807 | July 31, 2009 | FF&E |
| Tishman Speyer | 520 Madison Owners, LLC<br>c/o Tishman Speyer Properties, LP<br>520 Madison Avenue, New York, NY 10022<br>Attn: Property Manager - 520 Madison Avenue | STORE #115-Madison Ave<br>520 Madison Avenue<br>New York, NY 10022 | July 31, 2009 | FF&E |
| Kimco | Amerishop Suburban, LP<br>c/o Kimco Realty Corporation, Mid-Atlantic Region,<br>170 W. Ridgely Road, Suite 210<br>Lutherville, MD 21093 | STORE #116-Suburban Square<br>Suburban Square<br>51 St. James Place<br>Ardmore, PA 19003 | July 31, 2009 | FF&E |
| Simon | King of Prussia Associates<br>c/o Kravco Simon Company<br>P.O. Box 1528<br>King of Prussia, PA 19406 | STORE #117-King Prussia<br>Court at King of Prussia<br>321 Mall Boulevard. Space 1096<br>King of Prussia, PA 19406 | July 31, 2009 | FF&E |
| Liberty Place | Liberty Place Retail Associates, LP<br>1625 Chestnut Street<br>Philadelphia, PA 19103<br>Attn: General Manager | STORE #119-Liberty Place<br>The Shops at Liberty Place<br>1625 Chestnut Street, #113<br>Philadelphia, PA 19103 | July 31, 2009 | FF&E |
| General Growth | Rouse SI Shopping Center, LLC<br>c/o General Growth Properties, Inc.<br>Columbia Regional Office<br>10275 Little Patuxent Parkway, Columbia, MD 21044<br>Attn: Law/Leasing and Operations | STORE #144-Staten Island<br>Staten Island Mall<br>2655 Richmond Avenue<br>Staten Island, NY 10314 | July 31, 2009 | FF&E |
| Westfield | Old Orchard Urban Limited Partnership<br>c/o Westfield Corporation, Inc.<br>11601 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Attn: Legal Department | STORE #147-Old Orchard<br>Old Orchard Shopping Center, F82<br>Skokie, IL 60077 | July 31, 2009 | FF&E |

| Landlord | Landlord Address | Property Location | Rejection Date | Property Proposed to be Abandoned |
|---|---|---|---|---|
| Brooks, Torrey | Brooks, Torrey & Scott, Inc.<br>542 Westport Avenue<br>Norwalk, CT 06851 | STORE #148-Brooks Corner<br>Brooks Corner<br>136 Main Street<br>Westport, CT  6880 | July 31, 2009 | FF&E |
| Taubman | Rich-Taubman Associates<br>200 East Long Lake Road, P.O. Box 200<br>Bloomfield Hills, MI 48303-0200 | STORE #151-Stamford<br>Stamford Town Center<br>100 Greyrock Place<br>Stamford, CT  6901 | July 31, 2009 | FF&E |
| Simon | SPG Center, LLC<br>c/o M.S. Management Associates Inc.<br>225 West Washington, Indianapolis, IN 46204 | STORE #154-Palo Alto<br>Stanford Shopping Center<br>Kiosk Space 4B<br>Palo Alto, CA  94304 | July 31, 2009 | FF&E |
| Taubman | Twelve Oaks Mall LLC<br>200 East Long Lake Road, P.O. Box 200,<br>Bloomfield Hills, MI 48303-0200<br>Attn: Lease Administration | STORE #165-Twelve Oaks<br>Mall<br>Twelve Oaks Mall, B-226<br>27442 Novi Road<br>Novi, MI  48377 | July 31, 2009 | FF&E |
| Taubman | Taubman Regency Square Associates LLC<br>200 East Long Lake Road, P.O. Box 200<br>Bloomfield Hills, MI 48303-0200<br>Attn: Lease Administration | STORE #166-Regency Square<br>Regency Square<br>1420 Parham Road<br>Richmond, VA  23229 | July 31, 2009 | FF&E |
| CBL & Assoc. | JG Winston-Salem LLC<br>25425 Center Ridge Road<br>Cleveland, OH 44145 | STORE #172-Hanes Mall<br>Hanes Mall, Suite 1140<br>Silas Creek Parkway &<br>Stratford Road<br>Winston-Salem, NC  27103 | July 31, 2009 | FF&E |
| CBL & Assoc. | CBL/Park Plaza Mall, LLC<br>c/o CBL & Associates Management, Inc., as agent for Park Plaza Mall<br>CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, TN 37421-6000 | STORE #186-Park Plaza Mall<br>6000 West Markham Street,<br>Suite 3126<br>Little Rock, AR  72205 | July 31, 2009 | FF&E |

| Landlord | Landlord Address | Property Location | Rejection Date | Property Proposed to be Abandoned |
|---|---|---|---|---|
| Forest City | Stonecrest Mall SPE, LLC<br>c/o Forest City Enterprises, Inc.<br>Terminal Tower, Suite 1160, 50 Public Square<br>Cleveland, OH 44113<br>Attn: General Counsel | STORE #197-Mall @ Stonecrest<br>The Mall at Stonecrest, Suite 2270<br>2929 Turner Hill Road<br>Lithonia, GA 30038 | July 31, 2009 | FF&E |
| General Growth | Southpoint Mall, LLC<br>c/o General Growth Properties, Inc.<br>Columbia Regional Office<br>10275 Little Patuxent Parkway<br>Columbia, MD 21044<br>Attn: Law/Leasing and Operations | STORE #199-Southpoint<br>The Streets at Southpoint<br>6910 Fayetteville Road, Suite 170<br>Durham, NC 27713 | July 31, 2009 | FF&E |
| Westfield | Westfield Garden State Plaza Limited Partnership<br>c/o Westfield Corporation, Inc.<br>11601 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90025<br>Attn: General Counsel | STORE #204-Garden State Plaza<br>Garden State Plaza, Suite 2166<br>Routes 4 and 17<br>Paramus, NJ 7652 | July 31, 2009 | FF&E |
| Simon | Southpark Mall Limited Partnership<br>c/o Urban Retail Properties Co., SouthPark Mall, 4400 Sharon Road<br>Charlotte, NC 28211 | STORE #210-Southpark<br>South Park Mall 4400 Sharon Road<br>Charlotte, NC 28211 | July 31, 2009 | FF&E |
| General Growth | Merrick Park, LLC<br>c/o General Growth Properties, Inc.<br>Columbia Regional Office, 10275 Little Patuxent Parkway, Columbia, MD 21044<br>Attn: Law/Leasing and Operations | STORE #212-Merrick Park<br>The Village of Merrick Park<br>320 San Lorenzo Avenue, Unit #2327<br>Coral Gables, FL 33146 | July 31, 2009 | FF&E |
| General Growth | Alderwood Mall<br>c/o Alderwood Mall, LLC<br>110 N. Wacker Drive<br>Chicago, IL 60606<br>Attn: Law/Lease Administration Department | STORE #223-Alderwood<br>3000 194th St. S.W.<br>Lynnwood, WA 98037 | July 31, 2009 | FF&E |
| Taubman | Taubman Auburn Hills Associates Limited Partnership<br>200 East Long Lake Road, P.O. Box 200<br>Bloomfield Hills, MI 48303-0200<br>Attn: Lease Administration | STORE #227-Great Lakes Outlet<br>Great Lakes Crossing<br>4600 Baldwin Rd.<br>Auburn, MI 48326 | July 31, 2009 | FF&E |

| Landlord | Landlord Address | Property Location | Rejection Date | Property Proposed to be Abandoned |
|---|---|---|---|---|
| Forest City | Rancho Mall, LLC<br>Terminal Tower, 50 Public Square, Suite 1100<br>Cleveland, OH 44113-2267 | STORE #233-Victoria Gardens<br>Victoria Gardens<br>7835 Kew Ave.<br>Rancho Cucamonga, CA 91739 | July 31, 2009 | FF&E |
| Anderson | Crestview Hills Town Center, LLC<br>c/o Jeffrey R. Anderson Real Estate, Inc.<br>Rockwood Tower, 3805 Edwards Road<br>Suite 700<br>Cincinnati, OH 45209 | STORE #234-Crestview<br>Crestview Hills, Town Center<br>Space 7060<br>2870 Town Center Blvd.<br>Crestview Hill, KY 41017 | July 31, 2009 | FF&E |
| CPG Partnership LLP | CPG Partners, LP<br>c/o Chelsea Property Group, Inc.<br>105 Eisenhower Parkway<br>Roseland, NJ 07068 Attn: Director of Lease Administration | STORE #237-Rio Grande<br>Valley Outlet<br>5001 E Expressway 83, Space 0600E<br>Mercedes, TX 78570 | July 31, 2009 | FF&E |
| Taubman | Partridge Creek Fashion Park LLC<br>200 East Long Lake Road, P.O. Box 200<br>Bloomfield Hills, MI 48303-0200<br>Attn: Lease Administration | STORE #238-Partridge Creek<br>17460 Hall Road, Suite 141<br>Clinton, MI 48038 | July 31, 2009 | FF&E |
| Turnberry | Turnberry/Centra Sub, LLC<br>c/o Turnberry Associates<br>19501 Biscayne Boulevard, Suite 400<br>Aventura, FL 33180<br>Attn: Legal Department/ Leasing Attorney | STORE #239-Las Vegas Town Square<br>6659 Las Vegas Blvd., South, Suite 108<br>Las Vegas, NV 89119 | July 31, 2009 | FF&E |
| Anderson | AD Pembroke Land Company, LLC<br>c/o Jeffrey R. Anderson Real Estate, Inc.<br>Rookwood Tower, 3805 Edwards Road, Suite 700<br>Cincinnati, OH 45209 | STORE #242-Pembroke Gardens<br>318 SW 145th Terrace<br>Pembroke Pines, FL 33027 | July 31, 2009 | FF&E |
| Cousins | CF Murfreesboro Associates<br>c/o Cousins Properties Incorporated<br>Attn: Corporate Secretary<br>191 Peachtree Street NE, Suite 3600<br>Atlanta, GA 30303-1740 | STORE #244-Murfreesboro<br>2615 Medical Center Parkway, Suite 2035<br>Murfreesboro, TN 37129 | July 31, 2009 | FF&E |

| Landlord | Landlord Address | Property Location | Rejection Date | Property Proposed to be Abandoned |
|---|---|---|---|---|
| Opus | Huntsville Shores, LLC<br>c/o O & S Holdings, LLC<br>3130 Wilshire Boulevard, 2nd Floor<br>Santa Monica, CA 90403<br>Attn: Mr. Gary M. Safady | STORE #245-Bridge Street<br>350 The Bridge Street, Suite 104<br>Huntsville, AL 35806 | July 31, 2009 | FF&E |
| General Growth | Urban Retail Properties Company<br>100 Oakbrook Center<br>Oak Brook, IL 60523<br>Attn: Management Office | STORE #12 - STORAGE UNIT | July 31, 2009 | FF&E |
| Macerich | Macerich Northwestern Associates, d/b/a<br>Broadway Plaza<br>1275 Broadway Plaza<br>Walnut Creek, CA 94596<br>Attn: Property Management | STORE #24 - STORAGE UNIT | July 31, 2009 | FF&E |
| Edina Mini-Storage | Edina Mini-Storage<br>7225 Bush Lake Road<br>Edina, MN 55439 | STORE #25 - STORAGE UNIT | July 31, 2009 | FF&E |
| General Growth | GGP Ala Moana, LLC<br>110 North Wacker Drive<br>Chicago, IL 60606 Attn: General Counsel | STORE #31 - STORAGE UNIT | July 31, 2009 | FF&E |
| Boston Properties | Embarcadero Center Associates<br>Four Embarcadero Center, Lobby Level, Suite One,<br>San Francisco, CA 94111<br>Attn: Robert Pester | STORE #55 - STORAGE UNIT | July 31, 2009 | FF&E |
| Somerset Self Storage | Somerset Self Storage<br>22 Van Veghten<br>Bridgewater, NJ 08807 | STORE #67 - STORAGE UNIT | July 31, 2009 | FF&E |
| Tishman Speyer | 520 Madison Owners, LLC<br>c/o Tishman Speyer Properties, LP<br>520 Madison Avenue, New York, NY 10022<br>Attn: Property Manager - 520 Madison Avenue | STORE #115 - STORAGE UNIT | July 31, 2009 | FF&E |
| Kimco | Amerishop Suburban, LP<br>c/o Kimco Realty Corporation, Mid-Atlantic Region, 170 W. Ridgely Road, Suite 210<br>Lutherville, MD 21093 | STORE #116 - STORAGE UNIT | July 31, 2009 | FF&E |

| Landlord | Landlord Address | Property Location | Rejection Date | Property Proposed to be Abandoned |
|---|---|---|---|---|
| Simon | King of Prussia Associates<br>c/o Kravco Simon Company, P.O. Box 1528<br>King of Prussia, PA 19406 | STORE #117 - STORAGE UNIT | July 31, 2009 | FF&E |
| Liberty Place | Liberty Place Retail Associates, LP<br>1625 Chestnut Street<br>Philadelphia, PA 19103<br>Attn: General Manager | STORE #119 - STORAGE UNIT | July 31, 2009 | FF&E |
| Extra Space Storage | Extra Space Storage, Staten Island Arden Avenue<br>7 Arden Avenue<br>Staten Island, NY 10312 | STORE #144 - STORAGE UNIT | July 31, 2009 | FF&E |
| Westfield | Westfield Corporation, Inc.<br>11601 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 900025<br>Attn: Operations Manager | STORE #147 - STORAGE UNIT | July 31, 2009 | FF&E |
| Taubman | Rich-Taubman Associates<br>d/b/a Stamford Town Center<br>100 Greyrock Place<br>Stamford, CT 06901 | STORE #151 - STORAGE UNIT | July 31, 2009 | FF&E |
| Taubman | Twelve Oaks Mall LLC<br>200 East Long Lake Road, P.O. Box 200<br>Bloomfield Hills, MI 48303-0200<br>Attn: Lease Administration | STORE #165 - STORAGE UNIT | July 31, 2009 | FF&E |
| Regency Associates, LLC | Regency Self Storage<br>8500 Jesse Senior Dr.<br>Richmond, VA  23229 | STORE #166 - STORAGE UNIT | July 31, 2009 | FF&E |
| CBL & Assoc. | JG Winston Salem LLC<br>c/o CBL Associates Inc.<br>3320 Silas Creek Parkway, #264<br>Winston-Salem, NC 27103-3032 | STORE #172 - STORAGE UNIT | July 31, 2009 | FF&E |
| People Self Storage | People Self Storage – Lithonia<br>7703 Conyers Street<br>Lithonia, GA 30058 | STORE #197 - STORAGE UNIT | July 31, 2009 | FF&E |
| Ample Storage | Ample Storage<br>4315 Garrett Road<br>Durham, NC 27707 | STORE #199 - STORAGE UNIT | July 31, 2009 | FF&E |

| Landlord | Landlord Address | Property Location | Rejection Date | Property Proposed to be Abandoned |
|----------|------------------|------------------|----------------|-----------------------------------|
| Westfield | Westfield Corporation, Inc.<br>11601 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 900025<br>Attn: Operations Manager | STORE #204 - STORAGE UNIT | July 31, 2009 | FF&E |
| Public Storage | Public Storage<br>4555 South Boulevard<br>Charlotte, NC 28209 | STORE #210 - STORAGE UNIT | July 31, 2009 | FF&E |
| General Growth | Merrick Park LLC<br>358 San Lorenzo Avenue, Suite 3000<br>Coral Gables, FL 33134 | STORE #212 - STORAGE UNIT | July 31, 2009 | FF&E |
| Taubman | Taubman Auburn Hills Associates Limited Partnership d/b/a Great Lakes Crossing<br>4000 Baldwin Road<br>Auburn Hills, MI 48326 | STORE #227 - STORAGE UNIT | July 31, 2009 | FF&E |
| Best Little Warehouse | Best Little Warehouse in TX<br>802 E. Expressway 83, Suite A<br>Weslaco, TX 78596 | STORE #237 - STORAGE UNIT | July 31, 2009 | FF&E |
| Public Storage | Public Storage<br>20200 Hall Road<br>Clinton Township, MI 48038 | STORE #238 - STORAGE UNIT | July 31, 2009 | FF&E |
| Epic Storage | Epic Storage @ Warm Springs<br>6545 W Warm Springs Road<br>Las Vegas, NV 89118 | STORE #239 - STORAGE UNIT | July 31, 2009 | FF&E |