UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
                                                      :
In re                                                 :    Chapter 11
                                                      :
CRABTREE & EVELYN, LTD.,                              :
                                                      :    Case No. 09-14267 (BRL)
       Debtor.                                        :
                                                      :
---------------------------------------------------------------- x

## ORDER PURSUANT TO SECTIONS 365(a) AND 554(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6006, 6007 AND 9014 AUTHORIZING THE DEBTOR TO REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND TO ABANDON PERSONAL PROPERTY

Upon the amended motion, dated July 9, 2009 (the "Motion"),[1] of Crabtree & Evelyn, Ltd., as debtor and debtor in possession (the "Debtor"),[2] for authorization to reject those certain unexpired leases identified on **Exhibit A** attached hereto (the "Leases") and abandon the Abandoned Property pursuant to sections 365(a) and 554(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 6006, 6007 and 9014 of the Federal Rules of Bankruptcy Procedure as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the Office of the United States Trustee for the Southern

---

[1] Capitalized terms used but not defined herein shall have the respective meanings ascribed to them in the Motion.

[2] The last four digits of the Debtor's federal tax identification number are 1685.

District of New York (Attn: Serene Nakano, Esq.), (ii) SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753 (Attn: Ronald J. Friedman, Esq.) as counsel for Kuala Lumpur Kepong Berhad, (iii) the Debtor's 40 largest unsecured creditors, (iv) the lease counterparties identified on Exhibit A to the Motion, and (v) parties in interest who have filed notices of appearance in this case, and it appearing that no other or further notice need be provided; and the Court having determined that the relief requested in the Motion being in the best interests of the Debtor, its creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 365(a) of the Bankruptcy Code, the Debtor is authorized to reject each of the Leases listed on Exhibit A hereto; and it is further

ORDERED that each Lease rejection is effective as of the respective date listed on Exhibit A hereto (the "Rejection Date"); and it is further

ORDERED that all claims for damages arising as a result of the rejection of the Leases shall be filed by the later of (a) thirty (30) days following entry of this Order, or (b) the applicable bar date to be subsequently established in this case, or be forever barred from doing so; and it is further

ORDERED that, pursuant to section 554(a) of the Bankruptcy Code, the Debtor is authorized to abandon any personal property, furniture, fixtures, and/or equipment remaining at the Premises (as set forth on Exhibit A hereto) to the Landlords for the Leases, and the Landlords

for the Leases may dispose of such Abandoned Property without liability to third parties claiming an interest in such Abandoned Property; and it is further

ORDERED that the Debtor shall serve a copy of this Order on all counterparties to the Leases and/or their respective attorneys (if known) within three (3) days of entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order; and it is further

ORDERED that notice of the Motion as provided herein shall be deemed good and sufficient notice of such Motion.

Dated: July 29, 2009
      New York, New York

/s/Burton R. Lifland
HONORABLE BURTON R. LIFLAND
UNITED STATES BANKRUPTCY JUDGE

**Exhibit A**
**LEASES**

| Landlord | Landlord Address | Property Location | Rejection Date | Property Proposed to be Abandoned |
|---|---|---|---|---|
| Simon | Copley Place Associates LLC<br>c/o Simon Property Group<br>225 W. Washington Street<br>Indianapolis, IN 46204-3438 | STORE #4-Copley Place<br>Copley Place<br>100 Huntington Avenue, G15<br>Boston, MA 2116 | July 31, 2009 | FF&E |
| Macerich | Macerich Northwestern Associates<br>c/o Center Manager<br>Broadway Plaza Shopping Center<br>1275 Broadway Plaza<br>Walnut Creek, CA 94596 | STORE #24-Broadway Plaza<br>Broadway Plaza Shopping Center<br>24 Broadway Lane<br>Walnut Creek, CA 94596 | July 31, 2009 | FF&E |
| Simon | Southdale Limited Partnership<br>1300 Wilson Boulevard, Suite 400<br>Arlington, VA 22209<br>Attn: Real Estate General Counsel | STORE #25-Southdale<br>Southdale Shopping Center,<br>Space 1680<br>Edina, MN 55435 | July 31, 2009 | FF&E |
| General Growth | GGP Ala Moana, LLC<br>110 North Wacker Drive<br>Chicago, IL 60606 Attn: General Counsel | STORE #31-Alamoana<br>Ala Moana Center<br>1450 Ala Moana Blvd. #1128<br>Honolulu, HI 96814 | July 31, 2009 | FF&E |
| Boston Properties | Embarcadero Center Associates<br>c/o Boston Properties Limited Partnership,<br>Prudential Center, 800 Boylston Street,<br>Suite 1900<br>Boston, MA 02199-8103 | STORE #55-Embarcadero<br>Two Embarcadero Center<br>San Francisco, CA 94111 | July 31, 2009 | FF&E |
| General Growth | Bridgewater Commons Mall II, LLC<br>c/o General Counsel<br>10275 Little Patuxent Parkway<br>Columbia, MD 21044 | STORE #67-Bridgewater<br>Bridgewater Commons Mall<br>400 Commons Way, Suite #125<br>Bridgewater, NJ 8807 | July 31, 2009 | FF&E |
| Simon | King of Prussia Associates<br>c/o Kravco Simon Company<br>P.O. Box 1528<br>King of Prussia, PA 19406 | STORE #117-King Prussia<br>Court at King of Prussia<br>321 Mall Boulevard. Space 1096<br>King of Prussia, PA 19406 | July 31, 2009 | FF&E |

| Landlord | Landlord Address | Property Location | Rejection Date | Property Proposed to be Abandoned |
|---|---|---|---|---|
| Liberty Place | Liberty Place Retail Associates, LP<br>1625 Chestnut Street<br>Philadelphia, PA 19103<br>Attn: General Manager | STORE #119-Liberty Place<br>The Shops at Liberty Place<br>1625 Chestnut Street, #113<br>Philadelphia, PA 19103 | July 31, 2009 | FF&E |
| General Growth | Rouse SI Shopping Center, LLC<br>c/o General Growth Properties, Inc.<br>Columbia Regional Office<br>10275 Little Patuxent Parkway, Columbia, MD 21044<br>Attn: Law/Leasing and Operations | STORE #144-Staten Island<br>Staten Island Mall<br>2655 Richmond Avenue<br>Staten Island, NY 10314 | July 31, 2009 | FF&E |
| Westfield | Old Orchard Urban Limited Partnership<br>c/o Westfield Corporation, Inc.<br>11601 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Attn: Legal Department | STORE #147-Old Orchard<br>Old Orchard Shopping Center, F82<br>Skokie, IL 60077 | July 31, 2009 | FF&E |
| Brooks, Torrey | Brooks, Torrey & Scott, Inc.<br>542 Westport Avenue<br>Norwalk, CT 06851 | STORE #148-Brooks Corner<br>Brooks Corner<br>136 Main Street<br>Westport, CT 6880 | July 31, 2009 | FF&E |
| Simon | SPG Center, LLC<br>c/o M.S. Management Associates Inc.<br>225 West Washington, Indianapolis, IN 46204 | STORE #154-Palo Alto<br>Stanford Shopping Center<br>Kiosk Space 4B<br>Palo Alto, CA 94304 | July 31, 2009 | FF&E |
| CBL & Assoc. | JG Winston-Salem LLC<br>25425 Center Ridge Road<br>Cleveland, OH 44145 | STORE #172-Hanes Mall<br>Hanes Mall, Suite 1140<br>Silas Creek Parkway & Stratford Road<br>Winston-Salem, NC 27103 | July 31, 2009 | FF&E |
| CBL & Assoc. | CBL/Park Plaza Mall, LLC<br>c/o CBL & Associates Management, Inc., as agent for Park Plaza Mall<br>CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, TN 37421-6000 | STORE #186-Park Plaza Mall<br>6000 West Markham Street, Suite 3126<br>Little Rock, AR 72205 | July 31, 2009 | FF&E |

| Landlord | Landlord Address | Property Location | Rejection Date | Property Proposed to be Abandoned |
|---|---|---|---|---|
| Forest City | Stonecrest Mall SPE, LLC<br>c/o Forest City Enterprises, Inc.<br>Terminal Tower, Suite 1160, 50 Public Square<br>Cleveland, OH 44113<br>Attn: General Counsel | STORE #197-Mall @ Stonecrest<br>The Mall at Stonecrest, Suite 2270<br>2929 Turner Hill Road<br>Lithonia, GA 30038 | July 31, 2009 | FF&E |
| General Growth | Southpoint Mall, LLC<br>c/o General Growth Properties, Inc.<br>Columbia Regional Office<br>10275 Little Patuxent Parkway<br>Columbia, MD 21044<br>Attn: Law/Leasing and Operations | STORE #199-Southpoint<br>The Streets at Southpoint<br>6910 Fayetteville Road, Suite 170<br>Durham, NC 27713 | July 31, 2009 | FF&E |
| Westfield | Westfield Garden State Plaza Limited Partnership<br>c/o Westfield Corporation, Inc.<br>11601 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90025<br>Attn: General Counsel | STORE #204-Garden State Plaza<br>Garden State Plaza, Suite 2166<br>Routes 4 and 17<br>Paramus, NJ 7652 | July 31, 2009 | FF&E |
| Simon | Southpark Mall Limited Partnership<br>c/o Urban Retail Properties Co., SouthPark Mall,<br>4400 Sharon Road<br>Charlotte, NC 28211 | STORE #210-Southpark<br>South Park Mall 4400 Sharon Road<br>Charlotte, NC 28211 | July 31, 2009 | FF&E |
| General Growth | Merrick Park, LLC<br>c/o General Growth Properties, Inc.<br>Columbia Regional Office, 10275 Little Patuxent Parkway, Columbia, MD 21044<br>Attn: Law/Leasing and Operations | STORE #212-Merrick Park<br>The Village of Merrick Park<br>320 San Lorenzo Avenue, Unit #2327<br>Coral Gables, FL 33146 | July 31, 2009 | FF&E |
| General Growth | Alderwood Mall<br>c/o Alderwood Mall, LLC<br>110 N. Wacker Drive<br>Chicago, IL 60606<br>Attn: Law/Lease Administration Department | STORE #223-Alderwood<br>3000 194th St. S.W.<br>Lynnwood, WA 98037 | July 31, 2009 | FF&E |
| Forest City | Rancho Mall, LLC<br>Terminal Tower, 50 Public Square, Suite 1100<br>Cleveland, OH 44113-2267 | STORE #233-Victoria Gardens<br>Victoria Gardens<br>7835 Kew Ave.<br>Rancho Cucamonga, CA 91739 | July 31, 2009 | FF&E |

| **Landlord** | **Landlord Address** | **Property Location** | **Rejection Date** | **Property Proposed to be Abandoned** |
|---|---|---|---|---|
| CPG Partnership LLP | CPG Partners, LP<br>c/o Chelsea Property Group, Inc.<br>105 Eisenhower Parkway<br>Roseland, NJ 07068  Attn: Director of Lease Administration | STORE #237-Rio Grande Valley Outlet<br>5001 E Expressway 83, Space 0600E<br>Mercedes, TX  78570 | July 31, 2009 | FF&E |
| Turnberry | Turnberry/Centra Sub, LLC<br>c/o Turnberry Associates<br>19501 Biscayne Boulevard, Suite 400<br>Aventura, FL 33180<br>Attn:  Legal Department/ Leasing Attorney | STORE #239-Las Vegas Town Square<br>6659 Las Vegas Blvd., South, Suite 108<br>Las Vegas, NV  89119 | July 31, 2009 | FF&E |
| Anderson | AD Pembroke Land Company, LLC<br>c/o Jeffrey R. Anderson Real Estate, Inc.<br>Rookwood Tower, 3805 Edwards Road, Suite 700<br>Cincinnati, OH 45209 | STORE #242-Pembroke Gardens<br>318 SW 145th Terrace<br>Pembroke Pines, FL  33027 | July 31, 2009 | FF&E |
| Cousins | CF Murfreesboro Associates<br>c/o Cousins Properties Incorporated<br>Attn:  Corporate Secretary<br>191 Peachtree Street NE, Suite 3600<br>Atlanta, GA 30303-1740 | STORE #244-Murfreesboro<br>2615 Medical Center Parkway, Suite 2035<br>Murfreesboro, TN  37129 | July 31, 2009 | FF&E |
| Opus | Huntsville Shores, LLC<br>c/o O & S Holdings, LLC<br>3130 Wilshire Boulevard, 2nd Floor<br>Santa Monica, CA 90403<br>Attn:  Mr. Gary M. Safady | STORE #245-Bridge Street<br>350 The Bridge Street, Suite 104<br>Huntsville, AL  35806 | July 31, 2009 | FF&E |
| Macerich | Macerich Northwestern Associates, d/b/a Broadway Plaza<br>1275 Broadway Plaza<br>Walnut Creek, CA 94596<br>Attn:  Property Management | STORE #24 - STORAGE UNIT | July 31, 2009 | FF&E |
| Edina Mini-Storage | Edina Mini-Storage<br>7225 Bush Lake Road<br>Edina, MN 55439 | STORE #25 - STORAGE UNIT | July 31, 2009 | FF&E |
| General Growth | GGP Ala Moana, LLC<br>110 North Wacker Drive<br>Chicago, IL 60606 Attn:  General Counsel | STORE #31 - STORAGE UNIT | July 31, 2009 | FF&E |

| Landlord | Landlord Address | Property Location | Rejection Date | Property Proposed to be Abandoned |
|---|---|---|---|---|
| Boston Properties | Embarcadero Center Associates<br>Four Embarcadero Center, Lobby Level, Suite One,<br>San Francisco, CA 94111<br>Attn: Robert Pester | STORE #55 - STORAGE UNIT | July 31, 2009 | FF&E |
| Somerset Self Storage | Somerset Self Storage<br>22 Van Veghten<br>Bridgewater, NJ 08807 | STORE #67 - STORAGE UNIT | July 31, 2009 | FF&E |
| Simon | King of Prussia Associates<br>c/o Kravco Simon Company, P.O. Box 1528<br>King of Prussia, PA 19406 | STORE #117 - STORAGE UNIT | July 31, 2009 | FF&E |
| Liberty Place | Liberty Place Retail Associates, LP<br>1625 Chestnut Street<br>Philadelphia, PA 19103<br>Attn: General Manager | STORE #119 - STORAGE UNIT | July 31, 2009 | FF&E |
| Extra Space Storage | Extra Space Storage, Staten Island Arden Avenue<br>7 Arden Avenue<br>Staten Island, NY 10312 | STORE #144 - STORAGE UNIT | July 31, 2009 | FF&E |
| Westfield | Westfield Corporation, Inc.<br>11601 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 900025<br>Attn: Operations Manager | STORE #147 - STORAGE UNIT | July 31, 2009 | FF&E |
| CBL & Assoc. | JG Winston Salem LLC<br>c/o CBL Associates Inc.<br>3320 Silas Creek Parkway, #264<br>Winston-Salem, NC 27103-3032 | STORE #172 - STORAGE UNIT | July 31, 2009 | FF&E |
| People Self Storage | People Self Storage – Lithonia<br>7703 Conyers Street<br>Lithonia, GA 30058 | STORE #197 - STORAGE UNIT | July 31, 2009 | FF&E |
| Ample Storage | Ample Storage<br>4315 Garrett Road<br>Durham, NC 27707 | STORE #199 - STORAGE UNIT | July 31, 2009 | FF&E |
| Westfield | Westfield Corporation, Inc.<br>11601 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 900025<br>Attn: Operations Manager | STORE #204 - STORAGE UNIT | July 31, 2009 | FF&E |

| **Landlord** | **Landlord Address** | **Property Location** | **Rejection Date** | **Property Proposed to be Abandoned** |
|---|---|---|---|---|
| Public Storage | Public Storage<br>4555 South Boulevard<br>Charlotte, NC 28209 | STORE #210 - STORAGE UNIT | July 31, 2009 | FF&E |
| General Growth | Merrick Park LLC<br>358 San Lorenzo Avenue, Suite 3000<br>Coral Gables, FL 33134 | STORE #212 - STORAGE UNIT | July 31, 2009 | FF&E |
| Best Little Warehouse | Best Little Warehouse in TX<br>802 E. Expressway 83, Suite A<br>Weslaco, TX 78596 | STORE #237 - STORAGE UNIT | July 31, 2009 | FF&E |
| Epic Storage | Epic Storage @ Warm Springs<br>6545 W Warm Springs Road<br>Las Vegas, NV 89118 | STORE #239 - STORAGE UNIT | July 31, 2009 | FF&E |