COOLEY GODWARD KRONISH LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Lawrence C. Gottlieb
Jeffrey L. Cohen
Richelle Kalnit

Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
: 
**In re** : **Chapter 11**
 : 
**CRABTREE & EVELYN, LTD.,** : 
 : **Case No. 09-14267 (BRL)**
      **Debtor.** : 
 : 
---------------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION TO NOTICE OF**
**REJECTION OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

        Crabtree & Evelyn, Ltd., as debtor and debtor in possession (the "Debtor")[1] respectfully represents:

        1.    On July 1, 2009, the Debtor filed a motion to establish procedures for the rejection of executory contracts and unexpired leases (Docket No. 13).

        2.    On July 30, 2009, the Court entered an order (the "Rejection Procedures Order") (Docket No. 116) approving procedures for the rejection of executory contracts, unexpired leases and abandonment of personal property.

---

[1] The last four digits of the Debtor's federal tax identification number are 1685.

3. On August 20, 2009, in accordance with the Rejection Procedures Order, the Debtor filed a Notice of Rejection of Executory Contracts or Unexpired Leases (Docket No. 156).

4. On the Rejection Notice, the Debtor listed certain unexpired leases that the Debtor sought to reject pursuant to 11 U.S.C. § 365. The Debtor received no objections on account of the leases listed on **Exhibit A** hereto (the "Leases").

5. Pursuant to the terms of the Rejection Procedures Order, the undersigned counsel for the Debtor hereby certifies that no objections to the Rejection Notice have been received. Accordingly, the Debtor requests that the Court enter the form of order, attached as **Exhibit B** hereto, approving the rejection of the Leases.

Dated: August 28, 2009
      New York, New York

                                  Respectfully submitted,

                                  By: /s/ Lawrence C. Gottlieb
                                        Lawrence C. Gottlieb

                                COOLEY GODWARD KRONISH LLP
                                1114 Avenue of the Americas
                                New York, New York 10036
                                Telephone: (212) 479-6000
                                Facsimile: (212) 479-6275
                                Lawrence C. Gottlieb (LG 2565)
                                Jeffrey L. Cohen (JC 2556)
                                Richelle Kalnit (RK 3728)

                                Attorneys for Debtor and Debtor in Possession

# Exhibit A

## NON-RESIDENTIAL REAL PROPERTY LEASES

| Address of Subject Property | Monthly Rental Obligation | Remaining Lease Term | Landlord Name / Address | Effective Date of Rejection | Property Proposed To Be Abandoned |
|---|---|---|---|---|---|
| Willow Grove Park Mall 2500 Moorland Road Willow Grove, PA 19090 | $5,460.47 | Lease expires 11/30/2013 | WB Park, LP, PREIT Services, LLC, Attn: General Counsel, 200 South Broad Street, 3rd Floor, Philadelphia, PA 19102 | August 31, 2009 | FF&E |
| Cherry Hill Mall Suite 1725 2000 Route 38 Cherry Hill, NJ 8002 | $9,390.42 | Lease expires 7/31/2011 | Cherry Hill Center, LLC, c/o PREIT Services, LLC, 200 South Broad Street, The Bellevue, Third Floor, Philadelphia, PA 19102 Attn: General Counsel | August 31, 2009 | FF&E |
| Unit ST125, Cherry Hill Mall, 2000 Route 38, Cherry Hill, NJ 08002 | $667.00 | Lease expires 12/31/2009 | Priet Services, LLC, as Agent for the Owner of the Center, Cherry Hill Center LLC, Cherry Hill Mall, 2000 Route 38, Suite 514, Cherry Hill, NJ 08002 | August 31, 2009 | FF&E |
| Saddle Creek Shopping Center 7615 West Farmington Blvd, Suite # 09 Germantown, TN 38138 | $5,925.02 | Lease expires 6/30/2012 | Poag & McEwen, Shops at Saddle Creek, Inc., c/o Heitman Capital Management LLC, 191 North Wacker Drive, 25th Floor, Chicago, IL 60606 Attn: Mark Hudgins, Senior Vice President | August 31, 2009 | FF&E |

| Address of Subject Property | Monthly Rental Obligation | Remaining Lease Term | Landlord Name / Address | Effective Date of Rejection | Property Proposed To Be Abandoned |
|---|---|---|---|---|---|
| 1500 Polaris Parkway, Suite 1073 Columbus, OH 43240 | $6,966.66 | Lease expires 10/31/11 | Glimcher, PFP Columbus, LLC, 180 East Broad Street, 21st Floor, Columbus, OH 43215  Attn: General Counsel | August 31, 2009 | FF&E |
| Space 129, Morning Star Storage of Lewis Center 707 Enterprise Drive, Lewis Center, OH 43035 | $110.95 | Month-to-month | Morning Star Storage of Lewis Center, 707 Enterprise Drive, Lewis Center, OH 43035 | August 31, 2009 | FF&E |

**Exhibit B**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                  :

In re                                            :           Chapter 11

**CRABTREE & EVELYN, LTD.,**          :           Case No. 09-14267 (BRL)

          Debtor.                        :
-------------------------------------------------------------- x

# ORDER APPROVING REJECTION
## OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES

Upon the motion, dated July 1, 2009 (the "Motion") of Crabtree & Evelyn, Ltd., as debtor and debtor in possession (the "Debtor"), pursuant to sections 105(a), 363 and 365 of the Bankruptcy Code and Rules 6004 and 6006 of the Federal Rules of Bankruptcy Procedure for approval of procedures for the rejection of executory contracts and unexpired leases (the "Rejection Procedures" and "Contracts" or "Leases", as the case may be), all as set forth more fully in the Motion (Docket No. 13); and the Court having entered an order, dated July 30, 2009, approving, among other things, the Rejection Procedures (Docket No. 116); and upon the *Certificate of No Objection to the Notice of Rejection of Executory Contracts*, dated August 28, 2009, filed by counsel for the Debtor, and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that in accordance with the terms and provisions of the Rejection Procedures, the Debtor's rejection of the Leases listed on **Exhibit A** hereto is approved.

Dated: _____, 2009
       New York, New York

                                                    HONORABLE BURTON R. LIFLAND
                                                   UNITED STATES BANKRUPTCY JUDGE

# Exhibit A

## NON-RESIDENTIAL REAL PROPERTY LEASES

| Address of Subject Property | Monthly Rental Obligation | Remaining Lease Term | Landlord Name / Address | Effective Date of Rejection | Property Proposed To Be Abandoned |
|---|---|---|---|---|---|
| Willow Grove Park Mall 2500 Moorland Road Willow Grove, PA 19090 | $5,460.47 | Lease expires 11/30/2013 | WB Park, LP, PREIT Services, LLC, Attn: General Counsel, 200 South Broad Street, 3rd Floor, Philadelphia, PA 19102 | August 31, 2009 | FF&E |
| Cherry Hill Mall Suite 1725 2000 Route 38 Cherry Hill, NJ 8002 | $9,390.42 | Lease expires 7/31/2011 | Cherry Hill Center, LLC, c/o PREIT Services, LLC, 200 South Broad Street, The Bellevue, Third Floor, Philadelphia, PA 19102 Attn: General Counsel | August 31, 2009 | FF&E |
| Unit ST125, Cherry Hill Mall, 2000 Route 38, Cherry Hill, NJ 08002 | $667.00 | Lease expires 12/31/2009 | Priet Services, LLC, as Agent for the Owner of the Center, Cherry Hill Center LLC, Cherry Hill Mall, 2000 Route 38, Suite 514, Cherry Hill, NJ 08002 | August 31, 2009 | FF&E |
| Saddle Creek Shopping Center 7615 West Farmington Blvd, Suite # 09 Germantown, TN 38138 | $5,925.02 | Lease expires 6/30/2012 | Poag & McEwen, Shops at Saddle Creek, Inc., c/o Heitman Capital Management LLC, 191 North Wacker Drive, 25th Floor, Chicago, IL 60606 Attn: Mark Hudgins, Senior Vice President | August 31, 2009 | FF&E |

| Address of Subject Property | Monthly Rental Obligation | Remaining Lease Term | Landlord Name / Address | Effective Date of Rejection | Property Proposed To Be Abandoned |
|---|---|---|---|---|---|
| 1500 Polaris Parkway, Suite 1073 Columbus, OH 43240 | $6,966.66 | Lease expires 10/31/11 | Glimcher, PFP Columbus, LLC, 180 East Broad Street, 21st Floor, Columbus, OH 43215  Attn: General Counsel | August 31, 2009 | FF&E |
| Space 129, Morning Star Storage of Lewis Center 707 Enterprise Drive, Lewis Center, OH 43035 | $110.95 | Month-to-month | Morning Star Storage of Lewis Center, 707 Enterprise Drive, Lewis Center, OH 43035 | August 31, 2009 | FF&E |